UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Vincent G. Mcinnis
Sally L. Anderson

Debtor(s)

Case No.: 08 B 12361

Chapter: 13

Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Vincent G. Mcinnis, Sally L. Anderson, Debtor(s), 7523 Bell, Chicago, IL 60645
Patrick J. Semrad, Attorney for Debtor(s), 20 S Clark Street, Suite 2800, Chicago, IL 60603

You are hereby notified that U.S. BANK NATIONAL ASSOCIATION TRUSTEE has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.
You are hereby notified that debtors are due to U.S. BANK NATIONAL ASSOCIATION TRUSTEE for the contractual mortgage payment due 12/01/10. As of the 11/02/11 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 12/01/10 through current post-petition mortgage payments. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 01/18/11, U.S. BANK NATIONAL ASSOCIATION TRUSTEE's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on December 19, 2011.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-5084)**
NOTE: This law firm is deemed to be a debt collector.